**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

This Document Relates to

IDA TOTH,

Plaintiff,

Original Case No. 01-1280-C-T/K

MDL Case No. 02-0154

v.

BAYER A.G.; BAYER CORPORATION, a wholly owned subsidary of Bayer A.G.; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE and GLAXOSMITHKLINE plc,

Defendants.

ORDER OF DISMISSAL

IT IS HEREBY ORDERED, pursuant to the Parties' Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

MAR 2 3 2004

Michael J. Davis

United States District Judge